UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN ATTENELLO, MD,

               Plaintiff,

    v.

AETNA HEALTH OF CALIFORNIA, INC.,

               Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:25-cv-04869-WLH-E

**ORDER RE STIPULATION FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL**

Having considered the parties' Stipulation, and finding good cause therefor, the Court hereby **APPROVES** the Stipulation. Plaintiff waives his right to all appealable issues arising in and from this action, including, but not limited to the February 18, 2026 Order of Dismissal in exchange for Defendant's waiver of all claims for costs arising from this litigation.

//

//

//

//

-1-

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58.  Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

**IT IS SO ORDERED.**

Dated:  March 10, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT
JUDGE